UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY HILL,<br><br>　　　　Defendant. | No.  2:24-cr-00284-DC-1<br><br><br>ORDER RELATING AND REASSIGNING CASE |
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TONY HILL,<br><br>　　　　Defendant. | No.  2:17-cr-00168-TLN-1<br><br>**New Case No.  2:17-cr-00168-DC-1** |

　　　　Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123. Pursuant to Local Rule 123(f), "the actions shall be related to the Judge . . . assigned to the new criminal action . . . unless the original sentencing judge desires to retain the first action." Here, judicial economy is also best served if the court assigned to the new criminal action retains the cases because Defendant is charged in the first action with violating the terms of supervised release imposed by the court following his July 19, 2018 conviction for possessing a

1

1  firearm as a prohibited felon in violation of 18 U.S.C. § 922(g)(1), and defendant is charged in the
2  second action with violations of the same statute. (*See* Doc. No. 12.)
3      Relating the cases under Local Rule 123, however, merely has the result that the actions
4  are assigned to the same judge, it does not consolidate the actions.
5      The court hereby orders that the first action, Case No. 2:17-cr-00168-TLN is reassigned to
6  District Judge Dena M. Coggins, and the caption shall read 2:17-cr-00168-DC.
7      In light of this reassignment, the Violation (Admit/Deny) Hearing in 2:17-cr-00168-TLN
8  set for November 14, 2024 before District Judge Troy L. Nunley is VACATED and RESET for
9  November 22, 2024 at 9:30 a.m. in Courtroom 8 before District Judge Dena M. Coggins.

IT IS SO ORDERED.

Dated: **October 28, 2024**

Dena Coggins
United States District Judge